**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

TEL. (917) 373-9128
FAX (718) 504-7555
ShakedLawGroup@Gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/28/2020
```

December 27, 2020

<u>Via ECF</u>
The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 15D
New York, NY 10007

Re:   **Linda Alde v. Discount Divas, LLC and Discount Divas Boutique, LLC**
      **Case No. 20-cv-9234-AT**
      **Motion to Adjourn Conference**

Dear Judge Torres:

The undersigned represents Linda Slade, the Plaintiff in the above-referenced case. In accordance with Rule 1.C of Your Honor's Individual Practices, I write to request an adjournment of the January 5, 2021 initial pretrial conference and by correlation, the December 29, 2020 deadline to submit a joint letter.

On November 25, 2020, we served the registered agent of Discount Divas Boutique, LLC with the Summons and Complaint. We have yet to hear from them. In addition, we are having difficulty serving the other defendant, Discount Divas, LLC. We will continue to make efforts to reach out to both defendants and to continue service attempts on Discount Divas, LLC. We believe that these difficulties emanated from COVID-19 closures and due to the Holiday period. Nevertheless, we anticipate that we will have success effectuating service and communicating with both defendants early in the new year.

As no Defendant has appeared in the case, Plaintiff respectfully requests that the initial pretrial conference scheduled for January 5, 2021 be adjourned for thirty (30) days. No prior request has been made for this relief. Plaintiff proposes the following dates for the adjourned initial pretrial conference: February 8, 9, 10, 11, or 12.

GRANTED. The initial pretrial conference scheduled for January 5, 2021, is ADJOURNED to **February 10, 2021**, at **10:20 a.m.** By **February 3, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: December 28, 2020
       New York, New York

ANALISA TORRES
United States District Judge